**FILED**
March 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br>                                ) <br>          Plaintiff,    ) <br> v.                               ) <br>                                ) <br> LAKHVINDER SINGH,    ) <br>                                ) <br>         Defendant.    ) | Case No. CR.S-07-0570-FCD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LAKHVINDER SINGH, Case No. CR.S-07-0570-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      \_\_\_   Release on Personal Recognizance

      _X_   Bail Posted in the Sum of: $159,000.00.

             \_\_\_   Unsecured Appearance Bond

             _X_   Appearance Bond with Surety

             _X_   (Other) Conditions as stated on the record.

             _X_   (Other) The Defendant is ordered released forthwith on a $159,000.00 unsecured bond pending the filing of the secured bond paperwork.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/31/08  at 3:35 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge