1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III  (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, California 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  **LAKHVINDER SINGH**

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,    ) Case No.   CR.S-07-570-FCD
                                  )
11 |         Plaintiff,            ) **WAIVER OF DEFENDANT'S**
                                  ) **PERSONAL APPEARANCE**
12 |    vs.                        )
                                  )
13 | LAKHVINDER SINGH, et al       )
                                  )
14 |         Defendant.            )
                                  )
15 |_____)

16     Defendant, LAKHVINDER SINGH, hereby waives the right to be present in person in

17 open court upon the hearing of any motion or other proceeding in this case, including, but not

18 limited to, when the case is ordered set for trial, when a continuance is ordered, and when any

19 other action is taken by the court before or after trial, except upon arraignment, plea,

20 impanelment of jury and imposition of sentence.  Defendant hereby requests the court to

21 proceed during his absence which the court permits pursuant to this waiver and agrees that his

22 interests will be deemed represented at all times by the presence of his attorney as if Defendant

23 were personally present, and further agrees to be present in court ready for trial any day and

24 hour the court may fix in his absence.

25

U.S v. Singh, et al
Case Number: CRS 07-570 FCD
WAIVER OF PERSONAL PRESENCE - 1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1  Defendant further acknowledges that he has been informed of his rights under Title 18
2  U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays
3  under the Act without defendant being present.
4  Defendant requests this waiver due to residing out of the District, in the city of Seattle,
5  Washington and wishes to avoid unnecessary expenses of travel for non-dispositive court
6  proceedings.

DATED: October 22, 2008          /s/  Lakhvinder Singh_____
                                 Lakhvinder Singh

                                 11522 S. E 316th Place____
                                    (Address)
                                 Auburn, WA 98092_____
                                  (City/State/ ZIP

DATED: October 22, 2008          /s/ Johnny L. Griffin, III_____
                                 JOHNNY L. GRIFFIN, III
                                 Attorney for Defendant

**Approved:**

Dated: October 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

U.S v. Singh, et al
Case Number: CRS 07-570 FCD
WAIVER OF PERSONAL PRESENCE - 2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814