1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone:  415-771-6174
   Facsimile:  415-474-3748
4
   RANDY SUE POLLOCK
5  Attorney at Law (CSBN 64493)
   2831 Telegraph Avenue
6  Oakland, CA 94609
   Telephone: (510) 763-9967
7  Facsimile:  (510) 272-0711

8  Attorney for Defendant
   JAMES ASHFORD WHITE
9

10

11
                      UNITED STATES DISTRICT COURT
12
                      EASTERN DISTRICT OF CALIFORNIA
13
                                –ooo–
14

15 | UNITED STATES OF AMERICA,        | Case No. CR. S-07-570-FCD

16 |         Plaintiff,

                                      **AMENDED STIPULATION AND
17 | vs.                               ORDER TO CONTINUE DATE
                                      FOR STATUS CONFERENCE**
18 | JAMES ASHFORD WHITE, et al.,     _____

19 |         Defendant.

20 | _____/

21

22     Defendant JAMES ASHFORD WHITE, by and through his counsel of record

23 Michael Stepanian and Randy Sue Pollock, and on behalf of <u>all counsel and their respective

24 clients</u>, and Assistant United States Attorney Heiko Coppola, hereby agree to extend the date

25 for status conference in this matter from August 17, 2009 to November 2, 2009 at 10:00 a.m..

26     This stipulation is at the request of all the parties so that we can have additional time

27 to determine if a disposition of the matter is possible.  The time period from August 17,

28 2009, to November 2, 2009 would be deemed excludable pursuant to 18 U.S.C. Section

1  3161(h)(7)(A), given that the ends of justice served by granting a continuance outweigh
2  the best interests of the public and of the defendant in a speedy trial.   Additionally,
3  pursuant to 18 U.S.C. Section 3161(h)(7)(B)(i) and Section 3161(h)(7)(B)(iv) given the
4  nature of the prosecution, the need for further investigation, and the fact that plea
5  agreements are going to be considered,  it is unreasonable to expect adequate preparation
6  for pretrial proceedings and for the trial within the time limits established by the Speedy
7  Trial Act.

Dated: August 14, 2009         /s/ Michael Stepanian
                               MICHAEL STEPANIAN
                               RANDY SUE POLLOCK
                               Attorneys for Defendant
                               JAMES ASHFORD WHITE

Dated: August 14, 2009         /s/ William E. Bonham
                               WILLIAM E. BONHAM
                               Attorney for Defendant
                               JOHN WAYNE CONN

Dated: August 14, 2009         /s/ Johnny L. Griffin, III
                               JOHNNY L. GRIFFIN, III
                               Attorney for Defendant
                               LAKHVINDER SINGH

Dated: August 14, 2009         /s/ John R Crowley
                               JOHN R CROWLEY
                               Attorney for Defendant
                               TARSEM SINGH

Dated: August 14, 2009          /s/ Heiko Coppola
                                HEIKO COPPOLA
                                Assistant United States Attorney

    IT IS SO ORDERED.
Dated: August 14, 2009

                               _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE