1
2
3
4

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone:  415-771-6174
Facsimile:  415-474-3748

5
6
7

RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

8
9

Attorney for Defendant
JAMES ASHFORD WHITE

10

11

12

UNITED STATES DISTRICT COURT

13

EASTERN DISTRICT OF CALIFORNIA

14

–ooo–

15

16

17

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

Case No. CR. S-07-570-FCD

**AMENDED STIPULATION AND
ORDER TO CONTINUE DATE
FOR STATUS CONFERENCE**
_____

18

19

20

21

JAMES ASHFORD WHITE, et al.,

                    Defendant.

_____/

22

23

24

25

        Defendant JAMES ASHFORD WHITE, by and through his counsel of record

Michael Stepanian and Randy Sue Pollock, and on behalf of all counsel and their respective

clients, and Assistant United States Attorney Heiko Coppola, hereby agree to extend the date

for status conference in this matter from August 17, 2009 to November 2, 2009 at 10:00 a.m..

26

27

28

        This stipulation is at the request of all the parties so that we can have additional time

to determine if a disposition of the matter is possible.  The time period from August 17,

2009, to November 2, 2009 would be deemed excludable pursuant to 18 U.S.C. Section

1   3161(h)(7)(A), given that the ends of justice served by granting a continuance outweigh

2   the best interests of the public and of the defendant in a speedy trial.    Additionally,

3   pursuant to 18 U.S.C. Section 3161(h)(7)(B)(i) and Section 3161(h)(7)(B)(iv) given the

4   nature of the prosecution, the need for further investigation, and the fact that plea

5   agreements are going to be considered,  it is unreasonable to expect adequate preparation

6   for pretrial proceedings and for the trial within the time limits established by the Speedy

7   Trial Act.

8

9   Dated: August 14, 2009              /s/ Michael Stepanian
10                                      MICHAEL STEPANIAN
                                        RANDY SUE POLLOCK
11                                      Attorneys for Defendant
                                        JAMES ASHFORD WHITE
12

13  Dated: August 14, 2009              /s/ William E. Bonham
                                        WILLIAM E. BONHAM
14                                      Attorney for Defendant
                                        JOHN WAYNE CONN

15  Dated: August 14, 2009              /s/ Johnny L. Griffin, III
16                                      JOHNNY L. GRIFFIN, III
                                        Attorney for Defendant
17                                      LAKHVINDER SINGH

18  Dated: August 14, 2009              /s/ John R Crowley
                                        JOHN R CROWLEY
19                                      Attorney for Defendant
                                        TARSEM SINGH

20

21  Dated: August 14, 2009              /s/ Heiko Coppola
22                                      HEIKO COPPOLA
                                        Assistant United States Attorney
23

24

25          IT IS SO ORDERED.

26  Dated: August 14, 2009

27                                      _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

28

2