**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III  (SBN 118694)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**LAKHVINDER SINGH**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   CR.S-07-570 FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | |
| LAKHVINDER SINGH, et al | |
| Defendants. | |

Defendants by and through thier undersigned counsel, and the United States of America, through Assistant United States Attorney Heiko Coppola, hereby agree and stipulate to continue the change of plea hearing in the above captioned case from January 5, 2010 to February 16, 2010 at 10:00 a.m.[1]. Additional time is needed to finalize the terms and conditions of the plea agreements. The parties further stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from January 5, 2010 to February 16, 2010 for the defense preparation under 18 U.S.C. § 3161(h)(7)(B)(iv)  (Local Code T4).

---

[1] The parties have been advised by this Court's Clerk that February 16, 2010 at 10:00 a.m. is an available date and time for a change of plea hearing on this matter.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

Dated:  December 29, 2009         Respectfully submitted,


                                  /s/ Heiko Coppola[2]
                                  Heiko Coppola
                                  Assistant U.S. Attorney

Dated:  December 29, 2009         /s/ Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III
                                  Attorney for Defendant
                                  Lakhvinder Singh

Dated: December 29, 2009          /s/ William E. Bonham[3]
                                  WILLIAM E. BONHAM
                                  Attorney for Defendant
                                  John Wayne Conn

## **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance outweigh the best interests of the public and the Defendants' in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: December 29, 2009          _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE

---

[2] Heiko Coppula telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

[3] Attorney William E. Bonham telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.