1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III  (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, California 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  **LAKHVINDER SINGH**

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )   Case No.   CR.S-07-570-FCD
                                  )
9              Plaintiff,         )   **STIPULATION AND ORDER TO**
                                  )   **MODIFY DEFENDANT'S BOND**
10      vs.                       )
                                  )
11 LAKHVINDER SINGH, et al        )
                                  )
12             Defendant.         )
                                  )
13 _____ )

14         Defendant, by and through his undersigned counsel, Johnny L. Griffin III,

15 and the United States of America, through Assistant United States Attorney Heiko

16 Coppola, hereby agree and stipulate to modify the condition of Defendant's pre-trial

17 release in connection with Defendant's secured bond.  This request is made because

18 Defendant seeks to sell his residential property which was used to a secure $145, 000 bond.

19 Specifically, on March 31, 2008, the Honorable Edmund F. Brennan ordered the defendant

20 released on a $159,000 secured bond ($145,000 secured by the defendant's residential

21 property and $14,000 secured by the insurance settlement check) with Pretrial Services

22 supervision and special conditions of release.

23         All parties, including Supervising Pretrial Services Officer Gina Faubion, are

24 agreeable to modifying the original bond proposal to a $159,000 bond ($145,000

1  unsecured and cosigned by the defendant and his girlfriend, Varinderjit Kaur and $14,000

2  to remain secured by the defendant's insurance settlement check which has already been

3  posted with the Clerk of the Court.   Defendant will file the necessary bond paperwork

4  which reflects the modified bond within two weeks of this signed order.   All other

5  conditions of release are to remain in effect.  The defendant has been in compliance with

6  his conditions of release and his passport was previously surrendered to the Court.

        Dated:  February 9, 2010            Respectfully submitted,


                                             /s/ Heiko Coppola[1]
                                              Heiko Coppola
                                              Assistant U.S. Attorney

        Dated: February 9, 2010              /s/ Johnny L. Griffin, III
                                              JOHNNY L. GRIFFIN, III
                                              Attorney for Defendant
                                              Lakhvinder Singh

///

///

///

///

///

///

///

---

[1] Heiko Coppula telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

ORDER

Based on the stipulation of the parties the Court hereby grants Defendant's request to modify his original bond. Specifically the bond is modified to a $159,000 bond ($145,000 unsecured and cosigned by the defendant and his girlfriend, Varinderjit Kaur, and $14,000 to remain secured by the defendant's insurance settlement check which has already been posted with the Clerk of the Court. All other conditions of release are to remain in effect.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**


**Dated: February 10, 2010**             /s/ Gregory G. Hollows
                                         _____
                                         Gregory G. Hollows
                                            United States Magistrate Judge

Singh.bond

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814