**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III  (SBN 118694)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**LAKHVINDER SINGH**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   CR.S-07-570-FCD |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | |
| LAKHVINDER SINGH, | Date: February 16, 2010 |
| Defendant. | Time: 10:00 a.m. |
| | Hon. Frank. C. Damrell, Jr. |

Defendant, LAKHVINDER SINGH by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Heiko Coppola, hereby agree and stipulate to continue the change of plea hearing in the above captioned case from February 16, 2010 to March 22, 2010 at 10:00 a.m.[1]  Although, the parties had intended to move forward with the change of plea on February 16, 2010, because of inclement weather, Defendant (who resides in Seattle, Washington is a commercial truck driver and will be driving to Sacramento California is unable to appear for the February 16, 2010 hearing. In addition, counsel for defendant needs additional time to review the plea agreement with Defendant.  The next available court date for defense counsel is March 22, 2010.  The parties further stipulate and request that the Court exclude time within which the trial must

---

[1] The parties have been advised by this Court's Clerk that March 22, 2010 at 10:00 a.m. is an available date and time for a change of plea hearing on this matter.

commence under the Speedy Trial Act from February 16, 2010 to March 22, 2010 under 18 U.S. C. § 3161(h)(7)(B)(iv) and for defense preparation (Local Code T4). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A)

Dated:  February 12, 2010            Respectfully submitted,


/s/ Heiko Coppola[2]
Heiko Coppola
Assistant U.S. Attorney

Dated: February 12, 2010            /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Lakhvinder Singh

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance outweigh the best interests of the public and the Defendants' in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  February 12, 2010                    _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Heiko Coppula telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814