1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III  (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, California 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  **LAKHVINDER SINGH**

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          )  Case No.   CR. S-07-570 FCD
                                      )
9           Plaintiff,                )  **STIPULATION AND ORDER TO**
                                      )  **CONTINUE CHANGE OF PLEA**
10     vs.                            )  **HEARING**
                                      )
11 LAKHVINDER SINGH,                  )  Date: March 22, 2010
                                      )  Time: 10:00 a.m.
12          Defendant.                )
                                      )  Hon. Frank. C. Damrell
13 _____)

14         Defendant, LAKHVINDER SINGH by and through his undersigned counsel, Johnny L.

15 Griffin III, and the United States of America, through Assistant United States Attorney Heiko

16 Coppola, hereby agree and stipulate to continue the change of plea hearing in the above

17 captioned case from March 22, 2010 to April 26, 2010 at 10:00 a.m.[1].  Defense counsel has

18 meet and conferred with counsel for the Government concerning new information, which

19 Defense counsel would like Government counsel to consider in reaching a mutually acceptable

20 agreement.  In light if this new information, the parties need additional time to engage in

21 further settlement negotiations.  The parties further stipulate and request that the Court exclude

22 time within which the trial must commence under the Speedy Trial Act from March 22, 2010 to

23

24 _____

25
   [1] The parties have been advised by this Court's Clerk that April 26, 2010 at 10:00 a.m. is an
   available date and time for a change of plea hearing on this matter.

April 26, 2010 under 18 U.S. C. § 3161(h)(7)(B)(iv) and for defense preparation  (Local Code T4).

Additionally, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A)

Dated:  March 17, 2010           Respectfully submitted,

                                  /s/ Heiko Coppola[2]
                                  Heiko Coppola
                                  Assistant U.S. Attorney

Dated: March 17, 2010            /s/ Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III
                                  Attorney for Defendant
                                  Lakhvinder Singh

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby vacates the March 22, 2010 change of plea hearing and resets the change of plea hearing for April 26, 2010.  Time is excluded between March 22, 2010 and April 26, 2010 pursuant to 18 U.S.C.  3161(h)(7)(B)(iv) and Local Code T-4.

The Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance outweigh the best interests of the public and the Defendants' in a

---

[2] Heiko Coppula telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

1  speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court

2  hereby adopts the stipulation of the parties in its entirety as its order.

3  **IT IS SO ORDERED.**

4  Dated: March 18, 2010

6  　　　　　　　　　FRANK C. DAMRELL, JR.
   　　　　　　　　　UNITED STATES DISTRICT JUDGE