**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III  (SBN 118694)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**LAKHVINDER SINGH**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   CR.S-07-570-FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | |
| LAKHVINDER SINGH, et al | Date: April, 26 2010<br>Time: 10:00 a.m. |
| Defendant. | Hon. Frank. C. Damrell |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Heiko Coppola, hereby agree and stipulate to continue the change of plea hearing in the above captioned case from April 26, 2010 to May 3, 2010 at 10:00 a.m.[1]. This continuance is requested because counsel for defense needs additional time to review the terms and conditions of the final plea agreement.  The parties further stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from April 26, 2010 to May 3, 2010 under 18 U.S. C. § 3161(h)(7)(B)(iv) and for defense preparation  (Local Code T4). Additionally, the parties stipulate and agree that the interests of justice served by

---

[1] The parties have been advised by this Court's Clerk that May 3, 2010 at 10:00 a.m. is an available date and time for a change of plea hearing on this matter.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1  granting this continuance outweigh the best interests of the defendant and the public in a

2  speedy trial.  18 U.S.C. 3161(h)(7)(A)

3
          Dated:  April 22, 2010           Respectfully submitted,
4
                                            /s/ Heiko Coppola[2]
5                                           Heiko Coppola
                                            Assistant U.S. Attorney
6

7         Dated: April 22, 2010            /s/ Johnny L. Griffin, III
                                           JOHNNY L. GRIFFIN, III
8                                          Attorney for Defendant
                                           Lakhvinder Singh
9

10        Dated:  April 22, 2010           /s/ William E. Bonham[3]
                                           WILLIAM E. BONHAM
11                                          Attorney for Defendant
                                           John Wayne Conn
12

13

14                                  **ORDER**

15        Based on the stipulation of the parties and good cause apparent therein, the Court

16  hereby vacates the April 26, 2010 change of plea hearing and resets the change of plea

17  hearing for May 3, 2010.  Time is excluded between April 26, 2010 and May 3, 2010

18  pursuant to 18 U.S.C.  3161(h)(7)(B)(iv) and Local Code T-4.

19        The Court hereby finds that the failure to grant a continuance in this case would

20  deny Defendants counsel reasonable time necessary for effective preparation, taking

21
    into account the exercise of due diligence.
22

23        The Court specifically finds that the ends of justice are served by the

24

25  [2] Assistant United States Attorney Heiko Coppula telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.
   [3] Attorney William E. Bonham telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

1  granting of such continuance outweigh the best interests of the public and the

2  Defendants' in a speedy trial.  Based on these findings and pursuant to the stipulation of

3  the parties, the Court hereby adopts the stipulation of the parties in its entirety as its

4  order.

**IT IS SO ORDERED.**

DATED:  April 22, 2010                             _____
                                                                    FRANK C. DAMRELL, JR.
                                                                    UNITED STATES DISTRICT JUDGE