```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CR-00570 FCD |
| Plaintiff, ) | |
| ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| LAKHVINDER SINGH, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Lakhvinder Singh, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Lakhvinder Singh's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) A 1999 Freightliner truck, bearing VIN: 1FUYSDYB9XPB35565, Washington State License Plate Number 04356RP, seized on December 14, 2007.

2. The above-listed property was used, or intended to be used, in any matter or part, to commit and to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1).

1    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2 designee) shall be authorized to seize the above-listed property.
3 The aforementioned property shall be seized and held by the U.S.
4 Customs and Border Protection, in its secure custody and control.
5    4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
6 the United States shall publish notice of the order of
7 forfeiture.  Notice of this Order and notice of the Attorney
8 General's (or a designee's) intent to dispose of the property in
9 such manner as the Attorney General may direct shall be posted
10 for at least 30 consecutive days on the official internet
11 government forfeiture site www.forfeiture.gov.  The United States
12 may also, to the extent practicable, provide direct written
13 notice to any person known to have alleged an interest in the
14 property that is the subject of the order of forfeiture as a
15 substitute for published notice as to those persons so notified.
16      b.   This notice shall state that any person, other than
17 the defendant, asserting a legal interest in the above-listed
18 property, must file a petition with the Court within sixty (60)
19 days from the first day of publication of the Notice of
20 Forfeiture posted on the official government forfeiture site, or
21 within thirty (30) days from receipt of direct written notice,
22 whichever is earlier.
23    5.   If a petition is timely filed, upon adjudication of all
24 third-party interests, if any, this Court will enter a Final
25 ///
26 ///
27 ///
28 ///

                                  2          Preliminary Order of Forfeiture

Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 2nd day of June, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE