BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0570 FCD |
| Plaintiff, ) | |
| v. ) | SEALING ORDER |
| LAHKVINDER SINGH, ) | |
| Defendant. ) | |

    Upon Application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the attached documents entered herein and any associated material is hereby SEALED until further order of this Court.

DATED: September 19, 2011

_____
FRANK C. DAMRELL, JR.
United States District Judge