**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
LAKHVINDER SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-00570-FCD |
| Plaintiff, | **ORDER TO RECONVEY PERSONAL PROPERTY** |
| vs. | |
| LAKHVINDER SINGH, | DATE: December 16, 2011 |
| Defendant. | |

**ORDER**

The Court hereby grants the request to reconvey cash property in the amount of $14,000.00 that was paid to the Court and posted on April 8, 2008, to secure Defendant's pre-trial release and authorize the Clerk of the United States District Court to reconvey the cash property to property owner Varinderjit Kaur.  The property is described as follows: $14,000.00. The property of $14,000.00 is to be made payable to Varinderjit Kaur and mailed in care of the Law Offices of Johnny L. Griffin, III located at 1010 F Street, Suite 200, Sacramento, CA 95814.

**IT IS SO ORDERED.**

Dated:  January 9, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE