ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>LAHKVINDER SINGH,<br><br>       Defendant. | CASE NO. 2:07-CR-570 KJM<br><br>ORDER<br><br>COURT: Hon. Kimberly J. Mueller |

  Good cause appearing, the Court hereby GRANTS the United States's motion for an extension of time to file its responsive brief. The United States shall file its responsive brief on or before February 17, 2026.

  It is so ORDERED this 19th day of December, 2025.

                              _____
                              UNITED STATES DISTRICT JUDGE