ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:07-CR-00570-DAD-3 |
| Plaintiff, | ORDER |
| v. | COURT: Hon. Dale A. Drozd |
| LAHKVINDER SINGH, | |
| Defendant. | |

Good cause appearing, the Court hereby GRANTS the United States's motion for an extension of time to file its brief in response to defendant's writ of coram nobis.  The United States shall file its responsive brief on or before March 17, 2026.


IT IS SO ORDERED.

Dated:  **February 19, 2026**          _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

ORDER RE: EXTENSION OF TIME

1